30842. BUTLER *v.* THE STATE.

MACINTYRE, J. The evidence amply authorized the verdict finding the defendant guilty of selling prohibited liquors, and there is no merit in any of the special grounds of the motion for new trial. No error of law was committed, and the motion for new trial was properly overruled.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED APRIL 20, 1945.

*W. George Thomas,* for plaintiff in error.

*Lindley W. Camp,* solicitor, *E. E. Andrews,* solicitor-general, *Durwood T. Pye,* contra.